| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>MTGLQ Investors, L. P. | Order Filed on January 3, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Whinston, Stephen A. Whinston, Joan L. | Case No:   16-23305 JNP<br><br>Hearing Date: 01/03/2017<br><br>Judge:  Jerrold N. Poslusny Jr. |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 3, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>MTGLQ Investors, L. P.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as, 406 Viking Lane, Township of Cherry Hill NJ 08003**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its actions irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-23305-JNP
Stephen A. Whinston                                                                       Chapter 7
Joan L. Whinston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Jan 04, 2017
                               Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db/jdb        +Stephen A. Whinston,   Joan L. Whinston,   1401 Springdale Road, Apt. 314,
               Cherry Hill, NJ 08003-2772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Martin Perlman    on behalf of Debtor Stephen A. Whinston ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Joan L. Whinston ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Michael Frederick Dingerdissen    on behalf of Creditor    MTGLQ INVESTORS, L.P.,
               nj.bkecf@fedphe.com
              Nona Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
               nostrove@ostrovelaw.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
                skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
                ecf@powerskirn.com
                                                                                              TOTAL: 8