**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

<table>
<tr>
<td colspan="2" align="center">U.S. Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08102<br>Telephone number: 856–361–2300<br><br>Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge</td>
</tr>
<tr>
<td><b>CASE NUMBER:</b> 16–23305–JNP</td>
<td><b>DATE FILED::</b> 7/12/16</td>
</tr>
<tr>
<td>In Re: Debtor(s) (name(s) used by the debtor(s) in the<br>last 8 years, including married, maiden, trade, and address):<br>Stephen A. Whinston<br>xxx–xx–7857<br><br>Joan L. Whinston<br>xxx–xx–3806</td>
<td>ADDRESS OF DEBTOR(S):<br><br>1401 Springdale Road, Apt. 314<br>Cherry Hill, NJ 08003<br><br>1401 Springdale Road, Apt. 314<br>Cherry Hill, NJ 08003</td>
</tr>
<tr>
<td>DEBTOR'S ATTORNEY:<br>Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003<br><br>(856) 751–4224<br><br>Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003<br><br>(856) 751–4224</td>
<td>TRUSTEE:<br>Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302<br>(856) 451–7600</td>
</tr>
</table>

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/16/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 16, 2017                    FOR THE COURT
                                            Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-23305-JNP
Stephen A. Whinston                                                    Chapter 7
Joan L. Whinston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Feb 16, 2017
                             Form ID: noa          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
db/jdb        +Stephen A. Whinston,   Joan L. Whinston,   1401 Springdale Road, Apt. 314,
               Cherry Hill, NJ 08003-2772
cr            +MTGLQ INVESTORS, L.P.,,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
516282825     +CCMUA,   1645 Ferry Ave,   Camden, NJ 08104-1360
516282826     +Centennial Mill,   35 Alyce Ln,   Voorhees, NJ 08043-4783
516282828     +Cherry Hill Partners at Village Place,   1260 Stelton Rd,   Piscataway, NJ 08854-5282
516282833    ++++DITECH,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
               (address filed with court: Ditech,   332 Minnesota St Ste 610,   Saint Paul, MN 55101)
516282834    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
               (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
               Saint Paul, MN 55101)
516282832     +Delmarva Power And Pepco,   Fka Atlantic City Electric,   5 Collins Dr Ste 2133,
               Penns Grove, NJ 08069-3600
516282836     +Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
516282838     +Kennedy Health Systems,   PO Box 48023,   Newark, NJ 07101-4823
516282839     +Law Offices of Nona L. Ostrove, LLC,   1000 White Horse Road, Ste 703,
               Voorhees, NJ 08043-4413
516282840     +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516282844     +Powers Kirn, LLC,   728 Marne Highway, Ste 200,   Moorestown, NJ 08057-3128
516282846     +Revenue Recovery Corp,   7005 Middlebrook Pike,   Po Box 50250,   Knoxville, TN 37950-0250
516282848     +Shellpoint Mortgage Se,   55 Beattie Pl Ste 110,   Greenville, SC 29601-5115
516282850     +State of New Jersey,   PO Box 283,   Trenton, NJ 08602-0283
516282855     +Township of Cherry Hill,   Tax Office,   820 Mercer St,   Cherry Hill, NJ 08002-2638
516282856     +Veripro Solutions,   PO Box 3572,   Coppell, TX 75019-9572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Feb 16 2017 22:38:00     Joseph Marchand,   117-119 West Broad St.,
               PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2017 22:48:20     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2017 22:48:18     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516282823      +EDI: CINGMIDLAND.COM Feb 16 2017 22:38:00     AT&T Mobility,   PO Box 537104,
               Atlanta, GA 30353-7104
516282821      +EDI: AMEREXPR.COM Feb 16 2017 22:33:00     Amex,   Correspondence,   Po Box 981540,
               El Paso, TX 79998-1540
516282829       EDI: CITICORP.COM Feb 16 2017 22:33:00     Citibank,   7920 NW 110th St,
               Kansas City, MO 64153
516282824      +EDI: CAPITALONE.COM Feb 16 2017 22:33:00     Capital One/Boscovs,   Capital One Retail Srvs,
               Po Box 30253,   Salt Lake City, UT 84130-0253
516282830      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 16 2017 22:48:39     Comcast,
               401 White Horse Rd Ste 2,   Voorhees, NJ 08043-2600
516282831      +EDI: RCSFNBMARIN.COM Feb 16 2017 22:33:00     Credit One Bank Na,   Po Box 98873,
               Las Vegas, NV 89193-8873
516282835      +E-mail/Text: bknotice@erccollections.com Feb 16 2017 22:48:22     ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516282837       EDI: IRS.COM Feb 16 2017 22:33:00     Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114
516282842       EDI: PRA.COM Feb 16 2017 22:38:00     Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541
516282845      +E-mail/Text: bankruptcy@pseg.com Feb 16 2017 22:47:41     PSE&G Bankruptcy Department,
               PO Box 490,   Cranford, NJ 07016-0490
516282847      +EDI: DRIV.COM Feb 16 2017 22:38:00     Santander Consumer USA,   Po Box 961245,
               Fort Worth, TX 76161-0244
516282852      +EDI: RMSC.COM Feb 16 2017 22:33:00     Synchrony Bank/Care Credit,   Attn: bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
516282853      +EDI: CHRYSLER.COM Feb 16 2017 22:38:00     TD Auto Financial,   Td Auto Finance,
               Po Box 551080,   Jacksonville, FL 32255-1080
516282854      +EDI: TDBANKNORTH.COM Feb 16 2017 22:38:00     Td Bank N.a.,   32 Chestnut St,
               Lewiston, ME 04240-7799
                                                                                        TOTAL: 17

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph Marchand,   117-119 West Broad St.,   PO Box 298,   Bridgeton, NJ 08302-0228
516282822*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516282827*     +Centennial Mill,   35 Alyce Ln,   Voorhees, NJ 08043-4783
516282841*     +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516282843*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541)
516282849*     +Shellpoint Mortgage Se,   55 Beattie Pl Ste 110,   Greenville, SC 29601-5115
516282851*     +State of New Jersey,   PO Box 283,   Trenton, NJ 08602-0283

```
            ***** BYPASSED RECIPIENTS (continued) *****
                                                                        TOTALS: 0, * 7, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
            jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph  Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Lee Martin Perlman    on behalf of Joint Debtor Joan L. Whinston ecf@newjerseybankruptcy.com,
            lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Stephen A. Whinston ecf@newjerseybankruptcy.com,
            lmpcourt@gmail.com
          Michael Frederick Dingerdissen    on behalf of Creditor    MTGLQ INVESTORS, L.P.,
            nj.bkecf@fedphe.com
          Nona  Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
            nostrove@ostrovelaw.com
          Steven P. Kelly    on behalf of Creditor    Wilmington Trust, National Association, not in its
            individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
            skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
            its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
            ecf@powerskirn.com
                                                                              TOTAL: 9
```