UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Stephen A. Whinston and  
Joan L. Whinston

Case No.: __16-23305/JNP__  
Chapter: __7__  
Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ____Jerrold N. Poslusny, Jr.____ on ____March 21, 2017____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>22 Stokes Ave., Voorhees, NJ 08043<br><br>FMV - $253,000.00 |
|---|---|

| Liens on property: | $508,538.82 - Shellpoint Mtg. |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Stephen A. Whinston
Joan L. Whinston
    Debtors

Case No. 16-23305-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 2         Date Rcvd: Feb 16, 2017
                              Form ID: pdf905        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.

```
db/jdb         +Stephen A. Whinston,    Joan L. Whinston,    1401 Springdale Road, Apt. 314,
                 Cherry Hill, NJ 08003-2772
cr             +MTGLQ INVESTORS, L.P.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516282821      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516282825      +CCMUA,    1645 Ferry Ave,    Camden, NJ 08104-1360
516282829     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court: Citibank,     7920 NW 110th St,    Kansas City, MO 64153)
516282824      +Capital One/Boscovs,    Capital One Retail Srvs,    Po Box 30253,    Salt Lake City, UT 84130-0253
516282826      +Centennial Mill,    35 Alyce Ln,    Voorhees, NJ 08043-4783
516282828      +Cherry Hill Partners at Village Place,     1260 Stelton Rd,    Piscataway, NJ 08854-5282
516282833    ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
516282834    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516282832      +Delmarva Power And Pepco,    Fka Atlantic City Electric,    5 Collins Dr Ste 2133,
                 Penns Grove, NJ 08069-3600
516282836      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516282838      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516282839      +Law Offices of Nona L. Ostrove, LLC,     1000 White Horse Road, Ste 703,
                 Voorhees, NJ 08043-4413
516282840      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516282844      +Powers Kirn, LLC,    728 Marne Highway, Ste 200,    Moorestown, NJ 08057-3128
516282846      +Revenue Recovery Corp,    7005 Middlebrook Pike,    Po Box 50250,    Knoxville, TN 37950-0250
516282847      +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516282848      +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516282850      +State of New Jersey,    PO Box 283,    Trenton, NJ 08602-0283
516282853      +TD Auto Financial,    Td Auto Finance,    Po Box 551080,    Jacksonville, FL 32255-1080
516282855      +Township of Cherry Hill,    Tax Office,    820 Mercer St,    Cherry Hill, NJ 08002-2638
516282856      +Veripro Solutions,    PO Box 3572,    Coppell, TX 75019-9572
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2017 22:48:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2017 22:48:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516282823      +E-mail/Text: g20956@att.com Feb 16 2017 22:48:42     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
516282830      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 16 2017 22:48:39     Comcast,
                 401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2600
516282831      +E-mail/Text: creditonebknotifications@resurgent.com Feb 16 2017 22:47:45     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516282835      +E-mail/Text: bknotice@erccollections.com Feb 16 2017 22:48:22     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516282837       E-mail/Text: cio.bncmail@irs.gov Feb 16 2017 22:47:56     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
516282842       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 22:56:36
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516282845      +E-mail/Text: bankruptcy@pseg.com Feb 16 2017 22:47:41     PSE&G Bankruptcy Department,
                 PO Box 490,    Cranford, NJ 07016-0490
516282852      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 22:44:39     Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516282854      +E-mail/Text: bankruptcy@td.com Feb 16 2017 22:48:22     Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240-7799
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516282822*     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516282827*     +Centennial Mill,    35 Alyce Ln,    Voorhees, NJ 08043-4783
516282841*     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516282843*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
516282849*     +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516282851*     +State of New Jersey,    PO Box 283,    Trenton, NJ 08602-0283
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Feb 16, 2017
                               Form ID: pdf905          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Lee Martin Perlman    on behalf of Joint Debtor Joan L. Whinston ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Stephen A. Whinston ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Michael Frederick Dingerdissen    on behalf of Creditor    MTGLQ INVESTORS, L.P.,
           nj.bkecf@fedphe.com
          Nona  Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
           nostrove@ostrovelaw.com
          Steven P. Kelly    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
           skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
           its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
           ecf@powerskirn.com
                                                                                             TOTAL: 9
```