| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Joseph D. Marchand, Esquire, Trustee<br>117-119 West Broad Street<br>P.O. Box 298<br>Bridgeton, NJ 08302<br>(856) 451-7600<br>(JM5998) Attorney for Chapter 7 Trustee | Order Filed on March 24, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stephen A. Whinston and Joan L. Whinston | Case No.: __16-23305/JNP__<br><br>Judge: __Jerrold N. Poslusny, Jr.__<br><br>Chapter: __7__ |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING**
**RETENTION OF __SPECIAL COUNSEL FOR TRUSTEE__**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 24, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:     Stephen A. Whinston and Joan L. Whinston

Case No.:     16-23305/JNP

Applicant:     Joseph D. Marchand

(check all that apply) ☒ Trustee: ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Marc S. Rosenberg, PC

Address of Professional:     110 Barclay Pavilion East

Cherry Hill, NJ 08034

☐ Attorney for (check all that apply):
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☐ Realtor    ☐ Appraiser    ☒ Special Counsel    ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:
Stephen A. Whinston
Joan L. Whinston
    Debtors

Case No. 16-23305-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 24, 2017
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db/jdb     +Stephen A. Whinston,   Joan L. Whinston,   1401 Springdale Road, Apt. 314,    Cherry Hill, NJ 08003-2772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Joseph Marchand    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Lee Martin Perlman    on behalf of Debtor Stephen A. Whinston ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Lee Martin Perlman    on behalf of Joint Debtor Joan L. Whinston ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Michael Frederick Dingerdissen    on behalf of Creditor    MTGLQ INVESTORS, L.P., nj.bkecf@fedphe.com
         Nona Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc. nostrove@ostrovelaw.com
         Steven P. Kelly    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com
         William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust ecf@powerskirn.com
                                                                                                                                              TOTAL: 9