UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Stephen A. Whinston and  
Joan L. Whinston

Case No.: 16-23305/JNP  
Chapter: 7  
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court  
U.S. Post Office & Court House  
PO Box 2067, 401 Market Street  
Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __June 5, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Trip/Fall 10-31-14  
Joan L. Whinston & Stephen A. Whinston v. J.C.B.G, Inc.,  
Coastline Restaurant, Coastline Bar & Grill, et al  
FMV: $152,220.00 |
|---|---|

| Liens on property: | Attorney Fees - $48,502.00  
Attorney Costs - $6,714.00  
Medicare Lien - $17,719.95 |
|---|---|

| Amount of equity claimed as exempt: | $45,950.00 & $24,947.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                             Case No. 16-23305-JNP
Stephen A. Whinston                                                Chapter 7
Joan L. Whinston
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                 Date Rcvd: May 04, 2018
                               Form ID: pdf905             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db/jdb         +Stephen A. Whinston,    Joan L. Whinston,    1401 Springdale Road, Apt. 314,
                 Cherry Hill, NJ 08003-2772
aty            +Marc S. Rosenberg,    110 Barclay Pavilion East,    Cherry Hill, NJ 08034-2128
cr             +MTGLQ INVESTORS, L.P.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516785375       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516282821      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516282825      +CCMUA,   1645 Ferry Ave,    Camden, NJ 08104-1360
516282829     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citibank,     7920 NW 110th St,    Kansas City, MO 64153)
516282824      +Capital One/Boscovs,    Capital One Retail Srvs,    Po Box 30253,    Salt Lake City, UT 84130-0253
516282826      +Centennial Mill,    35 Alyce Ln,    Voorhees, NJ 08043-4783
516282828      +Cherry Hill Partners at Village Place,     1260 Stelton Rd,    Piscataway, NJ 08854-5282
516282833    ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
516282834    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516282832      +Delmarva Power And Pepco,    Fka Atlantic City Electric,    5 Collins Dr Ste 2133,
                 Penns Grove, NJ 08069-3600
516282836      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516282838      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516282839      +Law Offices of Nona L. Ostrove, LLC,     1000 White Horse Road, Ste 703,
                 Voorhees, NJ 08043-4413
516282840      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516282844      +Powers Kirn, LLC,    728 Marne Highway, Ste 200,    Moorestown, NJ 08057-3128
516282846      +Revenue Recovery Corp,    7005 Middlebrook Pike,    Po Box 50250,    Knoxville, TN 37950-0250
516933226     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,     DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
516282847      +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516282848      +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516282853      +TD Auto Financial,    Td Auto Finance,    Po Box 551080,    Jacksonville, FL 32255-1080
516282855      +Township of Cherry Hill,    Tax Office,    820 Mercer St,    Cherry Hill, NJ 08002-2638
516282856      +Veripro Solutions,    PO Box 3572,    Coppell, TX 75019-9572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: jdmarchand@comcast.net May 05 2018 00:13:57     Joseph Marchand, Esq.,
                 117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516282823      +E-mail/Text: g20956@att.com May 05 2018 00:13:42     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
516780019       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2018 00:23:11
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
516282830      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 05 2018 00:13:40    Comcast,
                 401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2600
516282831       E-mail/PDF: creditonebknotifications@resurgent.com May 05 2018 00:17:24    Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516282835      +E-mail/Text: bknotice@ercbpo.com May 05 2018 00:13:08     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516282837       E-mail/Text: cio.bncmail@irs.gov May 05 2018 00:12:36     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
516282842       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 00:17:01
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516828000       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 00:34:55
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
516827999       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 00:34:55
                 Portfolio Recovery Associates, LLC,    c/o Home Shopping Network,    POB 41067,
                 Norfolk VA 23541
516282845      +E-mail/Text: bankruptcy@pseg.com May 05 2018 00:12:13     PSE&G Bankruptcy Department,
                 PO Box 490,    Cranford, NJ 07016-0490
516668233       E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2018 00:23:10
                 PYOD, LLC its successors and assigns as assignee,     of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
516282852      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:16:57     Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: May 04, 2018
                              Form ID: pdf905         Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516282854         E-mail/Text: bankruptcy@td.com May 05 2018 00:13:03      Td Bank N.a.,   32 Chestnut St,
                   Lewiston, ME 04240
                                                                                                TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516282822*      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516282827*      +Centennial Mill,   35 Alyce Ln,   Voorhees, NJ 08043-4783
516282841*      +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516282843*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                  Norfolk, VA 23541)
516282850*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   PO Box 283,   Trenton, NJ 08602)
516282851*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   PO Box 283,   Trenton, NJ 08602)
516282849*      +Shellpoint Mortgage Se,   55 Beattie Pl Ste 110,   Greenville, SC 29601-5115
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    MTGLQ Investors, L. P. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Marchand    on behalf of Trustee Joseph   Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Lee Martin Perlman    on behalf of Joint Debtor Joan L. Whinston ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Stephen A. Whinston ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Nona   Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
               nostrove@ostrovelaw.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
               ecf@powerskirn.com
                                                                                                 TOTAL: 9
```