Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–23305–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen A. Whinston
1401 Springdale Road, Apt. 314
Cherry Hill, NJ 08003

Joan L. Whinston
1401 Springdale Road, Apt. 314
Cherry Hill, NJ 08003

Social Security No.:
xxx–xx–7857                                      xxx–xx–3806

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 19, 2018

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court